Steven Maldonado
Name

_____
Address

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2023 AUG 17 PM 4:01

CLERK - LAS CRUCES

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

Steven Maldonado, Plaintiff
(Full Name)

v.

MTC/Chaplin Townson, Defendant(s)

CASE NO. 23-687 JB-KBM
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C. §1983

## A. JURISDICTION

1) Steven Maldonado (Plaintiff), is a citizen of Ste New mexico (State) who presently resides at 10 McGregor Range Rd. (Mailing address or place of confinement) Chaparral NM.

2) Defendant Chaplin Townson (Name of first defendant) is a citizen of Chaparral NM 88081 (City, State), and is employed as Chaplin (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? Yes ☐ No ☑ If your answer is "Yes", briefly explain:

XE-2   2/78   CIVIL RIGHTS COMPLAINT (42 U.S.C. §1983)

3) Defendant _____ is a citizen of
   (Name of second defendant)
   _____ , and is employed as
   (City, State)
   _____ . At the time the claim(s)
   ( Position and title, if any)
   alleged in this complaint arose, was this defendant acting under color of state.
   Yes ☐   No ☑   If your answer is "Yes", briefly explain:

   (Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.)

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

Violation my the first Amendment of the US Constatution of the united states Freedom of Religon base on my race and because of my looks, mentel illness.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

   A)(1) Count I: Chaplin Townson violatied my Constitution rights by not allw me to Pratace my Freedom of Religon

   (2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing leagl authority or argument.)

   B)(1) Count II:

   (2) Supporting Facts:

C)(1) Count III:




(2) Supporting Facts:






D) PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?
Yes ☐   No ☐   If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit.

        Plaintiffs: _____

        Defendants: _____


    b) Name of court and docket number:




    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?




    d) Issues raised: _____

e) Approximate date of filing lawsuit: _____

f) Approximate date of disposition: _____

2) I have previously sought informal or formal releif from the appropriate administrative officials regarding the acts complained of in Part C. Yes ☐  No ☐  If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No," briefly explain why administrative relief was not sought.

### E. REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

$130,000.00

_____   _____
Signature of Attorney (if any)                Signature of Petitioner

Attorney's full address and telephone number.

XE-2   2/78                              - 5 -

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. Sec. 1746. 18 U.S.C. Sec. 1621.

Executed at Otero County Prison Facility on 8-10- 2023
                (Location)                      (Date)

_Steve Malolomek_
(Signature)

XE-2  2/78

- 6 -

Steven Maldonado
10 MC Gregor Range Rd.
Chaparral NM 88081
478191 EA-6

**RECEIVED**
SCREENED BY CSO
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO   AUG 16 2023

AUG 17 20[23]

MITCHELL R. ELFERS
CLERK OF COURT

EL PASO TX
15 AUG 2023

08/15/2023
036B 0011823496

US POSTAGE
$000.87
First-Class - IMI
ZIP 88081

United States District Court
200 E Griggs Ave
Las Cruces NM 88001

Legal Mail

88001-351600