Steven Maldonado 478191
Full Name/Prisoner Number

10 Mc Gregor Range Rd
Chaparral NM 88081
Complete Mailing Address

**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

OCT 23 2023

**MITCHELL R. ELFERS**
**CLERK OF COURT**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

Civil Action No. 23-CV-687-JB-KBM
(To be supplied by the Court)

Steven Maldonado ~~Management Training Corporation, Otero County Prison Facility Chaplain Townson, et al.~~ , Plaintiff(s),
Full name(s) and prisoner number(s)
(Do not use *et al.*)

v.

Management Training Corporation Otero County Prison Chaplain Townson, Warden Rios, EX.C. , Defendant(s).
(Do not use *et al.*)

## PRISONER'S CIVIL RIGHTS COMPLAINT

### A. PARTIES AND JURISDICTION

1. Steven Maldonado is a citizen of New Mexico who
   (Plaintiff)                                    (State)

presently resides at Otero County Prison Facility .
                     (mailing address or place of confinement)

2. Defendant Chaplain Townson is a citizen of NM
             (name of first defendant)                  (State)

whose address is 10 Mc Gregor Range Rd ,

and who is employed as Otero County Prison Chaplain . At the time the claim(s)
                       (title and place of employment)

alleged in this complaint arose, was this defendant acting under color of state law?
___ Yes  ✓ No.  If your answer is "Yes," briefly explain:

_____

_____

3. Defendant ~~Sa~~ A.L. _____ is a citizen of  NM
                    (name of second defendant)                    (State)

whose address is ~~Case~~ _P_ _____

and who is employed as Case management Perole/Pob   At the time the claim(s)
                            (title and place of employment)

alleged in this complaint arose, was this defendant acting under color of state law?
____Yes  ____No. If your answer is "Yes," briefly explain:

_____

_____

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

(CHECK ONE OR BOTH:)
  _✓_  Jurisdiction is asserted pursuant to 42 U.S.C. § 1983 (for state defendants) or *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (for federal defendants).
  _✓_  Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____
_____

## B. NATURE OF THE CASE

BRIEFLY state the background of your case. 1. Denying a Call to Law enforcement and Denying law Enforcement to talk to me 2. Violating my First Amendment of the U.S. Consitution; #4 of the Bill of Rights and the Freedom of Religon Act Violations of Probation/Perole Laws Slander Perjury.

## C. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

Claim I: Chaplain Townson is Violating so many ~~Inmates~~ Religous Right And when we put in a informals the DHO throws it out and Chaplain Townson then has officers and inmate molest them mentaly and Theaten them.

2

SF-1915 Leave to Proceed

## Additional Page for Item 6

on 9-12-23 Chaplain Townson told Gorge Tyes that He was go to have maria cardona and officer S. Ojesa Put a false statment to get me steven Maldonado Put in the RHU 11 And Kick me out of My Religous Class on 9-14-23 falsly Charge me with thearts Sgt Olivas To this day GI' and officer are Herassing me putting in theating situations tampering with out going legal mail taking out filing to Prevent this Court from Recieving them when law Enforcment Comes to take are Report Capt Ochoa who is A felon And has many PREA's on Him and ASSlates Charges and more Tell Law Enforcement we are not Wanting to talk to them which is not the Case. I sent a Subponea to Inspection to be filed in my Last filing if this Court has not recieved it the GI' give it to Capt Ochoa the C.S.O. is the Sgt of the GI's which Prove my deim of them Tampering with us Mail a Federal Crime

State of New Mexico
County of Doña Anna
United States District Court
        Case# 23-CV-687-JB-KBM

Steven Maldonado

vs.

Management Training Corp,
Otero County Prison Facility Staff,
Chaplain Townson Hetor Montez Jr,
De Torre eder cleack Maria Cardona, Sgt Olivas,
Capt Ochoa. Medical Doctor
            violation of
    Agreement to Dismiss by the
        Plantiff As Agreed on 8-22-23

It comes Now: I the Plantiff is offering a finllal Agreement. on 9-12-23 Chaplain Townson had my ged teacher and edu officer comite Slander to violat my both Rights #4 of the bill of Rights and the Freedom of Religon Act and have officer Retelate Retelate on me, Tempering with my outgoing mail.

<u>Terms of Agreement for violating the File Agreement to Dismiss Civil Rights Complaint on 9-12-23</u>

I. To be able to Stat My own Religon which I sent the NMCD A Proposal; Chaplain Townson; Warden Simmon for that is my Right to do.(Freedom of Religon Act; The Bill of Rights) Also to be able to Start the over comer course on 10-25-23 And have four Years, To be given 42,000 dollar budgt $2000 for walkenhorsts.com orders and blick $14000 to be put in my inmate Account. The Over Comer Course will been ran by myself and Enrique Moreno ECHO Peer Educator. this requested budgt will be a One time Startup, The rest of the 42,000 to be donated to ECHO.

II. Chaplain Townson to be Teme laded off without Pay until the FBI/us marshal's Per the Agreement and Warden Rios Complete thir investigation, on Chaplain See Attached Filed order by the us District Court

## Term of Agreement to Dismiss by the Plaintiff

I. To be Able to Start My Support Group Me And Peer education Enrique ~~Chore~~ with ECHO Ace ~~on to~~ working on geting started on 10-28-23

Steven Maldonado, 73663
Otero County Prison Facility
10 McGregor Range Rd
Chaparral, NM 88081



# United States District Court
# District of New Mexico
# Office of the Clerk
# Cover Sheet

Date: September 22, 2023 04:15 PM MDT

To: Steven Maldonado

From: Office of the Clerk, District of New Mexico

CM/ECF Support Number: (505) 348-2075

CM/ECF Support Email: cmecf@nmd.uscourts.gov

Number of Pages (including cover sheet): 6

Comments: Case:2:23-cv-00687-JB-KBM Document# 7 Filed:09/22/2023

Job: ed2ac411-90ae-48fd-bdda-66cdbd700f8f

### *** NOTICE TO ATTORNEYS ***

IMPORTANT: If you are an attorney of record on an active case and have not registered for a CM/ECF account, you need to do so now. Failure of an attorney to register in a timely manner will result in the issuance of a Notice of Deficiency in each of your cases. When reasonable attempts have been made by the Court and you still fail to register, the Court will discontinue the printing and mailing of case documents and corresponding attachments to you. You may obtain a registration form and information from our website at https://www.nmd.uscourts.gov.

The court will only print and mail documents to pro se parties and other individuals exempted from the mandatory e-filing requirements.

State of New Mexico
United States District
Case # 23-687 JB-KBM

Steven Maldonado
                Plantiff
V.S.

MTC. Chaplin Townson
Defendant

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO
2023 SEP [illegible] 3 pages
CLERK - LAS CRUCES

## Plantiff's Notice to the Court

IT COMES NOW: I Steven Maldonado the Plantiff came to A Agreement to Settle out of the Honorable Court on 8-22-23 I typed out, Notarized Agreement And Hand Deliver on 9-13-23. The Agreement to Warden Rios. Per the Agreement type by the Plantiff=Drop all investigations and this case 23-687JB-KB-M As part of this Agreement the Warden Rios will be opening investigation on Chaplin Townson and other Otero County Prison Staff and Allow me a call to the State Police to Report Officer and other Staff Misconduct of the U.S. Marshals in Las Cruces

Please Add Managment Training corp, Tresessa Anderson, Mr Montez, Capt Ochoa Warden Rios

See back for 2

Page 2

# TERMS

Term two: the Minime amount two Million dollars to be put in a New Inmate Support Group, Inmate Trust Account Called A Helping hand Drug Recovery. A Religuse non profit that Registered with the IRS And M.T.C. can write it off on there fax for a Refund, and call it a Donation, For my ESN# go to www.gofundme.com/a.helpinghandDrugRecoveryLLC or Steven Maldonado on facebook.com.

Term three: For The Plantiff is to Remain being held in the Custiy of the Otero County Prison and not to be Transford out of OCPF Custidy

Term four Violating any of the term void this Agreement. And the Plantiff would not to be Legaly Bond to the legal Binding Contract.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.) The False Statments they Charged me when they had no Victume Statement only the made up Statement of the Officer Wasking Education

Claim II: Mar Cardona made a modified Statment naming me the Agreser and Commiting Perjury with Hejor JR. Montez Refuses to take Action on her and on this Cheap K Deny me my Legal Right/My Constatution Rights

Supporting Facts:

3

**Claim III**: _____
_____

Supporting Facts:




## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? ____Yes ____No. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

a. Parties to previous lawsuit:

    Plaintiff(s): _____

    Defendant(s): _____

b. Name and location of court and docket number _____

c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?)
_____

d. Issues raised: _____

e. Approximate date of filing lawsuit:_____

f. Approximate date of disposition: _____

2. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D. ____Yes ____No.

If your answer is "Yes," briefly describe how relief was sought and the results.



3. I have exhausted available administrative remedies. ____Yes ____No. If your answer is "Yes," briefly explain the steps taken. Attach proof of exhaustion. If your answer is "No," briefly explain why administrative remedies were not exhausted.

4

## E. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

a. Parties to previous lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

b. Name and location of court and docket number _____

c. Grounds for dismissal:  ( ) frivolous  ( ) malicious  ( ) failure to state a claim upon which relief may be granted.

d. Approximate date of filing lawsuit: _____

e. Approximate date of disposition: _____

2. Are you in imminent danger of serious physical injury? ____ Yes ____ No. If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument.

## G. REQUEST FOR RELIEF

I request the following relief: 3 Millon Dollars / The Wardens and there legal Counsel Sign the Plantiffs Agreement that was typed up on 9-13-23.

5

| Prisoner's Original Signature | Original signature of attorney (if any) |
|---|---|
| | _____ |
| | _____ |
| | Attorney's full address and telephone |

## DECLARATION UNDER PENALTY OF PERJURY

    The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _____.
                  (location)                            (date)

                                                      _____
                                                    Prisoner's Original Signature

6

State of New Mexico
County Doña Anna
United States District

Steven Maldonado

vs.

M.T. Corp, Chaplain Townson, Capt Ochoa, Warden Rios, Mr Montez, De Torrez, Medical Dept, Mrs. Cardorina Etc.

## Amendment to Add the Bill of Rights

It comes now:

I Steven Maldonado The Plaintiff quest this Honorable Court to Allow me to Add Violations of the bill of Rights #4 which States/Protects Chaplain Chaplain Townson is Denying me Right that all men have a indefeasible Right to worship Almighty God according to the dictates of their own Conscience; That no person can ever be hurt, Molested or restrained in his profession if it dont disturb others in their Religous worship; And that all Christians shall be Protected and none oppressed, And that no person be stoped or Retelated for His Religous opinions shall be Rendered ineligible to any office in the church Chaplain Townson At Otero County Prison Facility is doing to me and others also Violating their Freedom of Religon Act Also the first Amendment of the United States Constution.

CC: Christina Goochie          Respectfuly
United States District          Steven Maldonado

Terms of Agreement to
Dismiss Violation
of the Agreement.

I. To be Able to State The overcomer Suport Group on 10-25-23 for 4 Years I will be p    with ECHO Peer educator Enrique Moreno; Ben Aguilor; To be granted a 42,000 dollar budgt for work books And Supplys to start this much Needed Group which I would like to start the Over Comer Religon Per that Christan faith which the Freedom of Religon Act and the Bill of Rights #4 Which to this day Wardon Simmons/ Chaplain Townson Still Volate.

# TERM OF AREEMENT
## By The Plantiff

(I.) To be Able to Start Teaching Ameataly in My owe Christian Religon. A Right found in the Freedom of Religon Act and also in the Bill of Rights #4 which to this day Chaplain Townson is still violating not Just on me but all Religon which Wardan Simmons is Allow because they are both Black, I fell ~~The Blacks they help, This is to be~~

II.

Steven Maldonado
10 McGregor Range Rd
Chaparral NM 88081

Legal Mail

All documents for case
2:23-cv-687-JB-KMB

United States District
200 E Griggs Ave
Las Cruces NM 88001



FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

EP14W June 2020
OD: 12.5 x 9.5

PS00001036014

PRESS FIRMLY TO SEAL

US POSTAGE
$009.95
10/20/2023
ZIP 88081
036B 0011823496

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14W © U.S. Postal Service; June 2020; All rights reserved.





**UNITED STATES POSTAL SERVICE** ®

**PRIORITY MAIL** ®

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

USPS.COM/PICKUP

To schedule free Package Pickup, scan the QR code.

PS00001036014

EP14W June 2020
OD: 12.5 x 9.5

VISIT US AT USPS.(
ORDER FREE SUPPLIES O

For international shipments, the maximum weight is 4 lbs.

RECEIVED
UNITED STATES DI
LAS CRUCES, N

OCT 23 2023

MITCHELL R. ELFERS
CLERK OF COURT