FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2024 MAR 14  PM 3:41

CLERK-LAS CRUCES

TO: Deputy Warden Simmons
Subject: Requst to establish an Account (money)
From: Steven Maldonado

23-CV-687-JB-KBM

As You Know My Class was Appoved (see Attach)
now I would like to establish a money Account to keep donations. I would use the Money from donations to buy books, Paper and Writing Supplys, and any other study materials for the Group's needs

Thank you for your time and God bless.

Steven Maldonado

Denied. You can have your religion but not an account.

Otero County Prison Facility

FORM I-60 / FORMA I-60

TO: Warden Rios

DIRIGIDO A:

Date: / Fecha:

Name / Nombre: Maldonado Steven

Housing / Número de Cama: EA-6

Inmate No. / No. de Identificación: 478191

Briefly state the problem with which you require assistance. / Brevemente describa el problema en cual necesita asistencia.

Warden Rios Chaplain Townsend is Allowing all the other bible Study Groups have a class Room but will not Allow me to a class Room and which violates NMCD Policy and is limiting me to only my Pod only which I brought up to Warden Sherman and she give it to Chaplain

Laundry / Lavandería:
- ☐ Socks / Calcetines
- ☐ Bag / Bolsa
- ☐ Sheet / Sábana
- ☐ Toothbrush / Cepillo de Dientes
- ☐ Towel / Toalla
- ☐ Pillow Case / Funda de Almohada
- ☐ Blanket / Cobija
- ☐ Underwear / Calzones
- ☐ T-Shirt / Camiseta
- ☐ Shirt / Playera
- ☐ Pants / Pantalones
- ☐ Shoes / Zapatos

Size / Talla
_____
_____
_____
_____
_____

Do not write below this line. / No escriba debajo de esta Línea.

RECEIVED BY
WARDENS OFFICE
FEB 21 2024

Disposition / Disposición: Maldonado – You were approved to have your class in the unit. There is currently no rooms available.

Date / Fecha: WARDENS OFFICE

Steven Maldonado
0 McGregor Range Rd
Chaparral NM 88081

INTERNAL REVENUE SERVICE
W&I- FIELD ASSISTANCE
LAS CRUCES, NM 88001

MAR 11 2024

RECEIVED
MAR 14 2024
DISTRICT OF NEW MEXICO

MITCHELL R. ELFERS
CLERK OF COURT

Mail
United States District
200 E. Griggs Ave
Las Cruces, NM 88001